**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6445**

———————————

RONALD JERRY SAWYER,

Plaintiff - Appellant,

versus

RON ANGELONE; COLIN ANGLICKER; LIEUTENANT
JOHNSON; CAPTAIN FERGUSON; LIEUTENANT HALL;
CAPTAIN HALL; BOB STAMPER; HERMAN L. WYNN; ISA
OHARA; CORRECTIONAL CONNER; OFFICER THOMAS;
OFFICER SLATE; CAPTAIN DAY; LIEUTENANT
SPROUSE; L. SAUNDERS; SERGEANT BRAXTON; SER-
GEANT WINDELL; SERGEANT STONE; OFFICER HAHN;
OFFICER CARTER; OFFICER RINGOLD; OFFICER
SPROUSE; H. D. GOULDIN; MAJOR BOYCE; CAPTAIN
BRUCE; CAPTAIN R. STARKS; R. SMITH, Captain;
OFFICER LIPSCONE; LIEUTENANT ROGERS; FRED
GREENE; WAYNE KINCAID; OFFICER MCDUFFY; G. D.
JOHNSON, Major,

Defendants - Appellees.

———————————

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke. Samuel G. Wilson, District Judge.
(CA-95-1392-R)

———————————

Submitted: August 15, 1996      Decided: August 20, 1996

———————————

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Ronald Jerry Sawyer, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to alter or amend the judgment dismissing his 42 U.S.C. § 1983 (1988) action as frivolous. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Sawyer v. Angelone, No. CA-95-1392-R (W.D. VA. Feb. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED